# United States Court of Appeals
## For the First Circuit

No. 23-1914

ORLANDO GONZÁLEZ TOMASINI,

Plaintiff, Appellant,

JULIETTE IRIZARRY MIRANDA; CONJUGAL PARTNERSHIP GONZÁLEZ
IRIZARRY; K O G, Minor; V D R, Minor; S G I, Minor; M A R,
Minor,

Plaintiffs,

v.

LOUIS DEJOY, Postmaster; UNITED STATES POSTAL SERVICE,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on February 2, 2026, is amended as follows:

On the cover sheet, replace "LOUIS DEJOY" with "DAVID P. STEINER" and insert footnote "*" with "Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Postmaster General David P. Steiner is automatically substituted for former Postmaster General Louis DeJoy as Appellees." Renumber the other footnote with "**"

On page 3, remove footnote 1 and renumber the remaining footnotes accordingly.